AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
JAMES J. VILT JR,
CLERK
9/9/2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 3:22MJ-560 |
| DEONTA DEGROAT | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 8, 2022,__ in the county of __Jefferson__ in the Western District of Kentucky, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C 922(g)(1) | Possession of a firearm by a felon |
| 21 U.S.C 841 (a)(1) | Possession with intent to distribute |

This criminal complaint is based on these facts:

**X**   Continued on the attached sheet

/s/ *Keith Bikowski*
_____
Special Agent Keith Bikowski, DEA

*Sworn to/attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means*

Date: September 9, 2022

City and State: Louisville, Kentucky

Colin H Lindsay, Magistrate Judge
United States District Court

*JTK/klm*