# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE
#### (Filed Electronically)

**CRIMINAL ACTION NO. 3:22mj-560**
**UNITED STATES OF AMERICA,**                                  **PLAINTIFF,**


**vs.**


**DEONTA DEGROAT,**                                            **DEFENDANT.**


## MOTION TO WITHDRAW DUE TO CONFLICT

Comes the Office of the Federal Defender, appointed counsel for defendant Deonta

Degroat, and moves the Court for leave to withdraw as counsel of record herein. As grounds

for said motion, the undersigned states that on September 16, 2022, information came to the

attention of the Office of the Federal Defender which creates a conflict of interest with Mr.

DeGroat, ethically requiring withdrawal from his case.


/s/ Angela M. Rea
Assistant Federal Defender
200 Theatre Building
629 Fourth Street
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## <u>CERTIFICATE</u>

I hereby certify that on September 16, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Joel King, Assistant United States Attorney. I also certify that on September 16, 2022, a copy of this motion was served on the defendant by mailing same to him.

/s/ Angela M. Rea

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808