# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NUMBER: 3:22-MJ-560-CHL |
| DEONTA DEGROAT | DEFENDANT |

## ORDER ON INITIAL APPEARANCE

On September 9, 2022, Colin H. Lindsay, United States Magistrate Judge held an initial appearance on this matter via video conference. Assistant United States Attorney Joel King appeared on behalf of the United States. The defendant was present at the Oldham County Detention Center. The proceeding was digitally recorded.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Complaint, was advised of the nature of the charges contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of Federal Defender to represent the defendant.

The defendant consented to proceed with this hearing via video conference.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that a detention hearing is scheduled for **September 12, 2022, at 3:00 p.m.** via video conference before Colin H. Lindsay, United States Magistrate Judge. The defendant is **remanded** to the custody of the United States Marshals Service pending further order of the Court.

September 16, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

:10