UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NUMBER: 3:22-MJ-560-CHL |
| DEONTA DEGROAT | DEFENDANT |

## ORDER ON PRELIMINARY AND DETENTION HEARING

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, on September 12, 2022, via video conference for a preliminary and detention hearing. The defendant appeared in custody from Oldham County Detention Center. Assistant Federal Pat Bouldin appeared on behalf of the defendant. Assistant United States Attorney Joel King appeared on behalf of the United States. The proceeding was digitally recorded.

The defendant, through counsel, consented to proceed with hearing via video conference.

The Court reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), and the consequences of violating the same.

The defendant, through counsel, elected to waive his right to a preliminary hearing.

The Court heard arguments by counsel as to the matter of detention and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant be **detained** and remanded to the custody of the United States Marshals Service pursuant to an Order of Detention to be entered into the record. Arraignment proceedings will be scheduled by further order pending action by the Grand Jury.

:45

Colin H Lindsay, Magistrate Judge
United States District Court

September 19, 2022