# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**CRIMINAL ACTION NO. 3:22mj-560**
**UNITED STATES OF AMERICA,**                                       **PLAINTIFF,**

**vs.**

**DEONTA DEGROAT,**                                              **DEFENDANT.**

## ORDER

The Federal Defender having moved the Court for leave to withdraw as appointed counsel for defendant Deontra Degroat (DN 4) and the Court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Office of the Federal Defender is hereby relieved of all further responsibility herein.

**IT IS FURTHER ORDERED** that Larry Simon from the Criminal Justice Act attorney panel list is appointed to represent the defendant effective September 20, 2022.

September 21, 2022

Colin H Lindsay, Magistrate Judge
United States District Court

3