**FILED**

JAMES J. VILT, JR. - CLERK

SEP 2 1 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**DEONTA DEGROAT**

INDICTMENT

NO. 3-22-CR-120-DJH

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Possession with Intent to Distribute Controlled Substance)*

On or about September 8, 2022, in the Western District of Kentucky, Jefferson County,

Kentucky, **DEONTA DEGROAT**, knowingly and intentionally possessed with intent to distribute

forty grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-

(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as "fentanyl," a Schedule II

controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm by a Prohibited Person)*

On or about September 8, 2022, in the Western District of Kentucky, Jefferson County,

Kentucky, **DEONTA DEGROAT**, knowingly possessed, in and affecting commerce, a firearm,

that is, a DPMS, Model A15, multi-caliber rifle bearing serial number FFH041715; a Sharps

Brothers, Model Hellbreaker, multi-caliber AR-pistol bearing serial number HJ11025; an Apache

Armament, Model AA15, multi-caliber rifle bearing serial number 00701; an ARMSCOR,

Model M1911-A1, .45 caliber pistol bearing serial number CIT033983, and ammunition, with

knowledge that he had been previously convicted in a court of a crime punishable by

imprisonment for a term exceeding one year, to wit:

> On or about October 29, 2012, in the Third Judicial Circuit of Michigan, Wayne
> County, Michigan, in Case Number 12721980-001, **DEONTA DEGROAT**, was
> convicted of the offense of Controlled Substances – Possession (narcotic or
> Cocaine) Less than 25 Grams (Attempt);

> On or about March 20, 2013, in the Third Judicial Circuit of Michigan, Wayne
> County, Michigan, in Case Number 12724939-01, **DEONTA DEGROAT**, was
> convicted of the offense of Home Invasion in the Second Degree (Attempt).

> In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 21, United States Code,

Sections 841(a)(1), as specifically charged in Count 1 of this Indictment, a felony punishable by

imprisonment for more than one year, **DEONTA DEGROAT** shall forfeit to the United States,

pursuant to Title 21, United States Code, Section 853, any and all property constituting, or

derived from, proceeds **DEONTA DEGROAT** obtained directly or indirectly, as a result of said

offense, and any and all of the **DEONTA DEGROAT's** property used, or intended to be used, in

any manner or part, to commit or to facilitate the commission of the violation alleged in Count 1

of this Indictment.

As a result of committing an offense in violation of Title 18, United States Code,

Sections 922(g)(1) as alleged in Count 2 of this Indictment, a felony punishable by imprisonment

for more than one year, **DEONTA DEGROAT**, defendant herein, shall forfeit to the United

2

States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including but not limited to: DPMS, Model A15, multi-caliber rifle bearing serial number FFH041715; a Sharps Brothers, Model Hellbreaker, multi-caliber AR-pistol bearing serial number HJ11025; an Apache Armament, Model AA15, multi-caliber rifle bearing serial number 00701; an ARMSCOR, Model M1911-A1, .45 caliber pistol bearing serial number CIT033983, and all ammunition recovered with the firearms.

A TRUE BILL.

Redacted

_Laura L. Hall_ per
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JTK(9/14/2022)

UNITED STATES OF AMERICA v. **DEONTA DEGROAT**

## P E N A L T I E S

Count 1:   NL 5 yrs/NM 40 yrs./NM $5,000,000/both/NL 4 yrs Supervised Release
          (NL 10 yrs./NM Life/$8,000,000/both/NL 8 yrs  Supervised Release (with notice of one prior qualifying conviction))
Count 2:   NM 10 yrs./$250.000/both/NM 3 yrs. Supervised Release
Forfeiture

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  |  |  |  |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|  | $125 per count/other |  | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

    1.    **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.    Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.    Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.       That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.       Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.