**FILED**
JAMES J. VILT, JR. - CLERK

SEP 21 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

Criminal Action No.: 3:22-cr-120-DJH

DEONTA DEGROAT                                              DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Joel King hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

_____
Joel King
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 381-1886