**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

UNITED STATES OF AMERICA                                  PLAINTIFF

V.

**CRIMINAL ACTION NO: 3:22-CR-120-DJH**

DEONTA DEGROAT                                         DEFENDANT

**Electronically Filed**

**JOINT MOTION TO CONTINUE TRIAL**

\*\*\*\*\*     \*\*\*\*\*     \*\*\*\*\*

Comes the Defendant, DEONTA DEGROAT, by his counsel, Larry Simon, and the UNITED STATES, by Joel King, and move this Court to continue the trial date presently scheduled in the above-styled action. As grounds, the parties state as follows:

1. That the above-named Defendant is charged with possession with intent to distribute fentanyl and possession of a firearm by a prohibited person.

2. The parties agree that a postponement of the currently scheduled trial date of December 12, 2022, would be prudent. Counsel for the Defendant has been consulting with his client and with counsel for the United States regarding a potential plea agreement. Additionally, some discoverable materials remain to be processed by the United States and disclosed to the Defendant.

3. Both parties are requesting a continuance of the trial date, which would allow for a reasonable period of time necessary for potentially resolving this action by agreement.

4. WHEREFORE, the parties request the trial date in this action be rescheduled to a date convenient to the Court and undersigned counsel.

Respectfully submitted,

**s/LARRY D. SIMON**
LARRY D. SIMON
Attorney for Defendant DEONTA DEGROAT
471 West Main Street, Suite 200
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

**s/ JOEL KING**
JOEL KING
Assistant United States Attorney
Office of the United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 582-5911
Joel.King@usdoj.gov

**CERTIFICATION**

It is certified that on November 23, 2022, a copy of the foregoing Joint Motion to Continue Trial was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

s/LARRY D. SIMON
LARRY D. SIMON