# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|           Plaintiff ) | |
| ) | |
| ) | |
|       v. ) | CASE NO: 3:22-CR-120-DJH |
| ) | |
| DEONTA DEGROAT, ) | |
|           Defendant ) | |
| ) | |
| ) | |

## ORDER ON PARTIES' JOINT
## MOTION TO RESCHEDULE TRIAL DATE

This matter is before the Court on the joint motion to reschedule the December 2022, jury trial that was previously set by Order of this Court [DN 18]. The Court, having considered the motion, now finds that the motion for continuance should be granted.

IT IS THEREFORE ORDERED that the December 12, 2022, trial date is VACATED and RESCHEDULED for January 30, 2023, at 9:00 A.M.

Additionally, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and Defendant to a speedy trial. The time that lapses between the December 12, 2022, trial date and the January 30, 2023, trial date is excludable under 18 U.S.C. § 3161 *et seq.*