UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:22-cr-120-DJH

DEONTA DEGROAT, Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A status hearing was held in this matter on December 21, 2022, with the following counsel participating:

    For the United States:    Joel King

    For Defendant:    Larry Simon

The defendant was present. The Court and counsel discussed the procedural posture of the case. Counsel advised the Court that discovery is now complete and that the case may be resolved short of trial. Based on the discussion during the hearing, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a final pretrial conference on **January 12, 2023, at 2:30 p.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky. All counsel who plan to participate at trial shall attend the conference. Counsel shall notify the Court at least one week prior to the conference if the parties will not be proceeding to trial.

The trial date and pretrial deadlines remain in place.

December 21, 2022

                                                     David J. Hale, Judge
                                                   United States District Court

Court Time: 00/05
Court Reporter: Dena Legg