UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA            PLAINTIFF

vs.            CRIMINAL ACTION NO. 3:22-CR-00120-DJH

DEONTA DEGROAT            DEFENDANT

### NOTICE OF SUBSTITUTION OF COUNSEL
*~Electronically Filed~*

Assistant United States Attorney **Alicia P. Gomez** hereby enters her appearance of record on behalf of the United States of America. Please remove Joel King as counsel of record in the above-styled case and he should also be removed from the electronic notification process.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

*/s/ Alicia P. Gomez*

Alicia P. Gomez
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6326
Fax: (502) 582-5067
Alicia.gomez@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                Alicia P. Gomez
                                                Assistant U.S. Attorney