## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**  PLAINTIFF

v.  CRIMINAL NO. 3:22CR-00120-DJH
*Electronically filed*

**DEONTA DEGROAT**  DEFENDANT

### NOTICE OF ADMINISTRATIVE FORFEITURE

The United States hereby gives notice that the Bureau of Alcohol, Tobacco, Firearms and Explosives, administratively forfeited the following on December 5, 2022, and is no longer applicable to the prosecution of the defendant:

a. Armscor of the Philippines (Squires Bingham) M1911-A1 CS pistol, caliber 45, SN:CIT033983;

b. Apache Armament, LLC., AA15 rifle, caliber multiple, SN: 00701;

c. Sharps Bros MFG., Hellbreaker pistol, caliber multiple, SN: HJ11025;

d. DPMS INC., (Defense Procurement MFG. Service), A15 rifle, caliber multiple, SN: FFH041715;

e. Seventeen (17) rounds unknown ammunition, caliber 556;

f. Sixty (60) rounds PMC ammunition, caliber 223;

g. Twenty-Seven (27) rounds unknown ammunition, caliber 45;

h. Twenty-Three (23) rounds unknown ammunition, caliber multiple;

i. Seven (7) rounds unknown ammunition, caliber 45;

j. Twenty (20) rounds Hornady ammunition, caliber 40;

k. Six (6) rounds Winchester Western ammunition, caliber 9;

l. Nine (9) rounds unknown ammunition, caliber 40;

    m.  **Twelve (12) rounds AMMO INC ammunition, caliber 9;**

    n.  **Twenty-Six (26) rounds unknown ammunition, caliber 556; and**

    o.  **Twelve (12) rounds unknown ammunition, caliber 556.**

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record

s/ *Alicia P. Gomez*
Alicia P. Gomez
Assistant United States Attorney