UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CRIMINAL ACTION NO. 3:22-CR-00120-1

FILED
JAMES J. VILT, JR. - CLERK

APR 17 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA,　　　　　　　　　　　　　　PLAINTIFF

VS.

DEONTA DEGROAT　　　　　　　　　　　　　　　　　　　DEFENDANT

\*\*\*　\*\*\*　\*\*\*

### ADDENDUM TO DEFENDANT'S SENTENCING MEMORANDUM

Comes the Defendant, DEONTA DEGROAT, by counsel, and as an Addendum to his previously filed Sentencing Memorandum, attaches statements of support for the Defendant.

Respectfully submitted,

/s/LARRY D. SIMON
LARRY D. SIMON
Attorney for Defendant, DEONTA DEGROAT
American Life Building
471 West Main Street – Suite 200
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

## CERTIFICATE OF SERVICE

It is hereby certified that this pleading and its attachments were hand-delivered in open Court to the representative of the United States on this the 17th day of April, 2023.

s/LARRY D. SIMON
LARRY D. SIMON
