To whom it may concern,

My name is Theresa Cross and I am Deonta DeGroat aunt.

I am writing this letter just to let the courts know that my nephew hasn't been in any trouble in a very long time because he's been trying to get things together for himself and his family. I know my nephew is not perfect and neither am I.

We all have made mistakes in our life and this is one that my sickly nephew has learned from and I can guarantee it will never happen again. I have faith in the system and my nephew that a change is very similar to his success as a man and soon to be father.

I only ask that when sentencing my nephew that he gets the medical

attention he needs.

My nephew has alot of medical problems including just finding out he has a hernia on his heart that causes his breathing problems along with chronic asthma.

I know you will do what you have to petaining my nephews sentencing.

Its unfortunate we can't be there with him but he has the entire family support.

Thank You for taking the time to read our letters Judge.

Sincerly Theresa Cross

To Whom It May Concern,

My name is Johnny Wee Carter, and I'm the uncle of Deonta Degroat, to give you at least one redeeming quality of my nephew. I've been knowing him over 30 years and one quality that stands out to me is his ability to acknowledge, correct and change any behavior that's detriment to a healthy lifestyle.

After talking with him, I can hear the regret in his decision and the determination to change in his voice that leads me to write this letter.

I'm sure he has learned the error of his ways and is focus on seeking the nessecary skills and company to become better at his decision making followed by the appropriate behavior that will lead him to a more healthy, productive lifestyle.

To whom it may concern

I am Lois Dennis and I am Deont'a Degroat's little cousin. I've always looked up to him and wanted to be like him growing up. He has always encouraged me to grow and take the right path. I now own multiple properties in Detroit and create content for people to watch. I renovate and rent out my houses and I would love my cousin to be a part of that. I miss him alot forreal. Hopefully I can be a impact and positive influence on him like he was to me and we can both grow and learn together in a positive way.

Lois Dennis

Dear Judge,

I'm Mercedes M DeGroat writing you on the behalf of Defendant Deonta DeGroat letting you know that despite the charges he's facing my brother was a very productive citizen. He always kept a job to help himself and his family, even tho he didnt have any kids he took very good care of mine. Wheter it was babysitting or buying things for them. Judge I just want you to know that despite him not looking like he's sick he is very sick, Physically suffering from numerous illnesses. So it would mean a lot to my family most of all my parents if you'd go a little leiniant with the sentence on Deonta because we worry so much about his health. Thank you

signed a concerned Sister
Mercedes DeGroat

Dear Judge

I'm Georgia Cross the parent of Deanta DeGroat I just wanna say my child is not perfect and he also not a bad person He is also very sickley to But if any way you could be lenient on my son that would Great I really Love my son and I want him to do his time be good get Into some programs to pass the time away get into Church pray everyday and I want him to stay safe cause I dont want anything to happ to my sickley son He's a great guy will do anything for anybody I really Love my son I just want him to do what he gotta do and come Home before I leave this Earth

Dear Judge Hale:

My name is Eboni Walker I'm a very close friend of DEONTA DEGROAT over 15 years to be exact. I grew up with him in the neighborhood where we soon became family. Out of all the years of me knowing Mr.Degroat I can truly vouch for his character and he is definitely one of the most genuine loving respectful honest human being I've ever met. He is very wise in making good decisions and everybody's go to for advice love and support a great friend, brother, cousin and son to have. Although he has found his self in this difficult situation, If you can find it in your heart please give Mr. Degroat a chance and release him back to his family, we love and miss his presence. I promise you will be making the right decision because he has truly learned from this experience.

Eboni Walker