**FILED**
JAMES J. VILT, JR. - CLERK
JAN 29 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Hello Vanessa

Can you please send me my doc sheet and plea agreement and I will also like to know how to get my sentence transcripts thanks in advance

Deonta DeGroat
Case number: 3:22-CR-120-1-DJH

*Dee Deist*



CLEVELAND OH 440
24 JAN 2024 PM 3 L

NAME: Deguin DeGroat
REG.# 20736-510
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, Ohio 44432

FILED
JAMES J. VILT, JR. - CLERK
JAN 29 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

⇔ 20736-510 ⇔
Vanessa L Armstrong
Room 106
601 W Broadway
Louisville, KY 40202
United States

40202-222731